## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hill, Rose M

Printed:  10/18/05

Case Number:  05 B 19257
Judge:  Doyle, Carol A
Filed:  5/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed:  September 29, 2005
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,617.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,617.00 |
| Totals: | 1,617.00 | 1,617.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ameriquest Mortgage Company | Secured | | No Claim Filed |
| 2. | Ameriquest Mortgage Company | Secured | | No Claim Filed |
| 3. | Chicago Imaging Ltd | Unsecured | | No Claim Filed |
| 4. | Capital One | Unsecured | | No Claim Filed |
| 5. | Chicago Imaging Ltd | Unsecured | | No Claim Filed |
| 6. | Advocate Trinity Hospital | Unsecured | | No Claim Filed |
| 7. | City Of Chicago | Unsecured | | No Claim Filed |
| 8. | Cottage Emergency Physicians | Unsecured | | No Claim Filed |
| 9. | Donald Fagerson MD SC | Unsecured | | No Claim Filed |
| 10. | Household Credit Services | Unsecured | | No Claim Filed |
| 11. | Fingerhut | Unsecured | | No Claim Filed |
| 12. | Illinois Medi Car-Pony Express | Unsecured | | No Claim Filed |
| 13. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 14. | Southeast Anesthesia Consult | Unsecured | | No Claim Filed |
| 15. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 16. | Nuvell Financial Services | Unsecured | | No Claim Filed |
| 17. | Midwest Pathology | Unsecured | | No Claim Filed |
| 18. | Midland Orthopedic Association | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 20. | Progressive Recovery Technique | Unsecured | | No Claim Filed |
| 21. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 22. | Young C Jough MD | Unsecured | | No Claim Filed |
| 23. | Friedell Clinic | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hill, Rose M

Printed:  10/18/05

Case Number:  05 B 19257
Judge:  Doyle, Carol A
Filed:  5/13/05

TRUSTEE FEE DETAIL

Fee Rate                Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_