IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hill, Elroy

Printed: 9/9/08

Case Number: 05 B 19257
Judge: Wedoff, Eugene R
Filed: 5/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: August 8, 2008
Confirmed: October 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,118.00 |  |
| Secured: |  | 780.12 |
| Unsecured: |  | 6,940.67 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,400.00 |
| Trustee Fee: |  | 571.21 |
| Other Funds: |  | 426.00 |
| Totals: | 11,118.00 | 11,118.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,400.00 | 2,400.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 780.12 | 780.12 |
| 4. | Nuvell Financial Services | Unsecured | 727.48 | 1,563.06 |
| 5. | Peoples Energy Corp | Unsecured | 135.19 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 64.10 | 137.72 |
| 7. | Advocate Trinity Hospital | Unsecured | 1,115.62 | 2,397.14 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 37.00 | 79.50 |
| 9. | Southeast Anesthesia Consult | Unsecured | 140.00 | 300.75 |
| 10. | Fingerhut | Unsecured | 20.16 | 43.31 |
| 11. | ECast Settlement Corp | Unsecured | 1,037.34 | 2,228.82 |
| 12. | Capital One | Unsecured | 79.11 | 170.00 |
| 13. | Superior Air Ground | Unsecured | 9.48 | 20.37 |
| 14. | Pellettieri & Associates | Unsecured | 1,435.24 | 0.00 |
| 15. | Cottage Emergency Physicians | Unsecured |  | No Claim Filed |
| 16. | Chicago Imaging Ltd | Unsecured |  | No Claim Filed |
| 17. | Chicago Imaging Ltd | Unsecured |  | No Claim Filed |
| 18. | Donald Fagerson MD SC | Unsecured |  | No Claim Filed |
| 19. | Jackson Park Hospital | Unsecured |  | No Claim Filed |
| 20. | Jackson Park Hospital | Unsecured |  | No Claim Filed |
| 21. | Midwest Pathology | Unsecured |  | No Claim Filed |
| 22. | Midland Orthopedic Association | Unsecured |  | No Claim Filed |
| 23. | Friedell Clinic | Unsecured |  | No Claim Filed |
| 24. | Progressive Recovery Technique | Unsecured |  | No Claim Filed |
| 25. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hill, Elroy

Printed: 9/9/08

Case Number: 05 B 19257
Judge: Wedoff, Eugene R
Filed: 5/13/05

| | | | |
|---|---|---|---|
| 26. Young C Jough MD | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 7,980.84 | $ 10,120.79 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 170.24 |
| 5% | 84.98 |
| 4.8% | 87.77 |
| 5.4% | 177.81 |
| 6.5% | 50.41 |
| | _____ |
| | $ 571.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____